AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Steven Edward Speer<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 8:13 MJ 1740 AEP<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2012 to the present__ in the county of __Pinellas__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Production of Child Pornography |
| 18 U.S.C. § 2252 | Transportation, Receipt and Possession of Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

William B. Jones, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/5/13

_____
Judge's signature

City and state: Tampa, FL

ANTHONY E. PORCELLI, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF COMPLAINT

## INTRODUCTION

I, William B. Jones, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since June 25, 1995. I am currently assigned to Tampa Division, Pinellas Resident Agency. From February 2010 to the present, I have been assigned to the FBI's Child Exploitation Task Force, members of which investigate the sexual exploitation of children. I have received specialized training in the area of child pornography and the online exploitation of children, as well as training in the use of computers in the exploitation of children and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of, and to make arrests for, federal offenses.

3. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, including foreign law enforcement agencies as described below; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by federal agents; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent with the

FBI.

4. This affidavit is being submitted in support of a criminal complaint. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts believed necessary to establish probable cause to believe that Steven Edward Speer has committed violations of Title 18, United States Code, Section 2251(a) and Section 2252 (a)(1), (a)(2), and (a)(4).

## PROBABLE CAUSE

5. Steven Edward Speer was identified in the course of an ongoing investigation into the trafficking and production of child pornography. The investigation revealed that Speer produced child pornography and that, using the internet, including e-mail and a website dedicated to the viewing and distribution of child pornography, hereinafter "Website A", he transported and received child pornography.

## User bxxxxxxxx

6. On November 12, 2012, the user "bxxxxxxxx" registered on Website A1 with an e-mail account "bxxxxxxxx@xxx.org".

7. On November 17, 2012, in response to a post made by another user on Website A, "bxxxxxxxx" made a post on Website A stating, "thanx again [xxx]. ill be back tonight." A review of the post made by the other user revealed it contained the text, "Brand New And UnSeen - Until Now Tot in training," a link to an external website, a password, and three attached images. Each of these attached images contained 20 smaller images that appeared to be still-shots of video files. At least 15 images depict a prepubescent female, who appeared to be

---

1 Because the investigation into Website A and its users is ongoing, information that may alert other Website A users to the existence of the investigation—such as a public username on Website A or email —has been redacted.

2

standing, wearing a yellow shirt and facing what appeared to be an adult male with his erect, uncircumcised penis exposed. In multiple images, the prepubescent female is holding the male's penis with her left hand. In multiple images, the penis appears to be penetrating the prepubescent female's mouth. These images are child pornography.

8. On January 20, 2013, responding to a post made by another user, "bxxxxxxxx" posted, "hey one of my pics from [another website known to law enforcement as being used to distribute child pornography]... ;-)." A review of the post that "bxxxxxxxx" was referring to revealed that it contained text and an attached image. The image contained a 20-image collage depicting prepubescent or early pubescent females. Multiple images in the collage depicted a prepubescent female wearing what appeared to be a striped or checkered shirt with blue or grey colors holding an adult male's penis.

9. On December 15, 2012, in response to a previous message from another user requesting additional contact information, "bxxxxxxxx" sent a private message containing the e-mail account "dxxxxxxxxxxxxx@yahoo.com ."

10. On February 6, 2013, "bxxxxxxxx" sent a private message to another user stating, among other things, "hi im b[xxxxxxxx] i just wanted to say hi and i enjoy ur post so far im intp mostly girls but like boys too..[xxx] posted a couple of my private vids in . . . if u make it there .. if ur ever. interested in chatting sometime pm me."

11. On September 23, 2013, a federal search warrant issued by the District of Maryland was executed on the account "bxxxxxxxx@xxx.org." The results were obtained on September 24, 2013. A review of these results revealed approximately 87 e-mails in the account, dated from October 4, 2012 to May 7, 2013. Examples and descriptions of these e-

3

mails include:

    a. On October 4, 2012, the "bxxxxxxxx" account received an e-mail from "dxxxxxxxxxxxxx@yahoo.com" with the subject line "me." The email contained no text. Attached to the e-mail was one video which depicted an early pubescent female who appeared to be sitting on her knees and facing what appeared to be a naked male. Her right hand was holding the male's left leg. The male was holding his penis in his right hand and the video depicted him ejaculating onto the naked early pubescent female's face and mouth. This video is child pornography.

    b. On October 7, 2012, in response to a previous e-mail sent by another user, "bxxxxxxxx" sent an e-mail stating, "no not yet my girlfriend Is pregnant though.. I do have private videos to trade there from babysitting right now.."

    c. On October 9, 2012, in response to a previous e-mail sent by another user, that stated, "nice pic on [another website known to law enforcement as being utilized to distribute child pornography], whos the one holding your cock?", the user "bxxxxxxxx" replied, "an acquaintance ... not my own yet .... She's 3yo .. :)ji"

    d. On November 5, 2012, in response to a previous e-mail sent by another user, "bxxxxxxxx" sent an e-mail stating, "hi.. I'm 26 in swfl nice to meet you."

    e. On November 16, 2012, "bxxxxxxxx" sent an e-mail to another user. Attached to this e-mail was one video that depicted a prepubescent female who is wearing a blue or grey striped shirt and holding the uncircumcised penis of what appears to be an adult male in her hands.

    f. On December 1, 2012, in response to a previous e-mail sent by another user, "bxxxxxxxx" sent an e-mail stating, "shes 3 .. made about 8 vids mostly just training her to suck me.."

    g. Between March 30, 2013 and April 1, 2013, eight e-mails were sent between "bxxxxxxxx" and another user. Four of these e-mails sent by "bxxxxxxxx" contained attached files. Three of the attached files contained images depicting a prepubescent female who is wearing a blue or grey striped shirt and holding the uncircumcised penis of what appears to be an adult male in her right hand. The fourth file contained a video depicting the same prepubescent female who is wearing a blue or grey striped shirt and holding the uncircumcised penis of what appears to be an adult male in her hands. This prepubescent female appears to be the same female described in paragraphs 7 and 8.

4

### User "dxxxxxxxxxxxxx@yahoo.com"

1. On October 7, 2013, a federal search warrant issued by the District of Maryland was executed on the account "dxxxxxxxxxxxxx." Partial results were then obtained on October 11, 2013, and October 17, 2013.

2. Approximately 256 e-mails observed in the account appeared to have been sent between the user of "dxxxxxxxxxxxxx" and users of the website http://craigslist.org. Among other things, the user of "dxxxxxxxxxxxxx" sent several e-mails to other users that contained an attached image depicting an adult white male with dark hair and a goatee. Based on my encounter with Speer, I believe that this image depicts Speer.

3. In one of these e-mails dated August 30, 2013, this user stated, among other things, "Hi my name is steven... im 27yo im a chef by career and work a lot..." In August 2013, Steven Speer was a chef at a restaurant in the Middle District of Florida.

4. Chat logs for online conversations from February 28, 2013 to March 2, 2013 between the user of "dxxxxxxxxxxxxx@yahoo.com" and another user indicate that the user of "dxxxxxxxxxxxxx@yahoo.com" made the following statements:

    a. In response to a message stating, "how did you start with the girl you babysit??" the user of "dxxxxxxxxxxxxx@yahoo.com" stated, "Just pulled it out and she was so fascinated with it... Then showed her the princess vids and she just went to towb."

    b. In response to a message asking where he was located, the user of "dxxxxxxxxxxxxx@yahoo.com" stated, "Fl."

    c. In response to a message stating, "so what are you doing in the vids?\" the user of "dxxxxxxxxxxxxx@yahoo.com" stated, "Teaching her to suck me with some cum at the end."

1. The e-mail described above in paragraph 11(a), which contained child

5

pornography, was also observed as having been sent from this account.

2. On October 3, 2013, an FBI agent, acting in an undercover capacity, contacted, "dxxxxxxxxxxxxx@yahoo.com, " asking if he had any pictures or videos to share. Attached to the e-mail were six inaccessible hyperlinks to websites that did not exist.

3. From October 7, 2013 to October 16, 2013, seven e-mails were sent between the undercover FBI agent and the user of "dxxxxxxxxxxxxx@yahoo.com." The last three e-mails are described as follows:

    a. On October 14, 2013, the FBI agent acting in an undercover capacity sent an e-mail stating, "i pretty much like all girls about 2-12. what [] sites did u used to go to...might help us remember how we connected....

    b. On October 16, "dxxxxxxxxxxxxx@yahoo.com" replied to the above e-mail and sent two e-mails, the first of which indicated he had used Website A and the second of which stated, "I was bxxxxxx."

1. A review of information provided by Yahoo!, pursuant to a subpoena of the user "dxxxxxxxxxxxxx@yahoo.com," revealed the account was created on March 26, 2011. The user-entered a zip code that corresponds to Clearwater, Florida, and the user-entered date of birth was "March 13, 1985." Information provided by the Florida Department of Motor Vehicles (DMV) revealed Steven Edward Speer's date of birth to be December 24, 1985.

2. Yahoo! also provided IP addresses used to access the "dxxxxxxxxxxxxx@yahoo.com" account from October 2012 to September 2013. During this time period, the e-mail account "dxxxxxxxxxxxxx@yahoo.com" was accessed four times from IP address 173.169.196.105. Pursuant to an administrative subpoena, on October 21, 2013, Bright House Networks identified the account holder of IP address 173.169.196.105 during the relevant time period as Steven Speer, 1311 Bxxxxx Axxxxx xx, Clearwater, Florida 3xxxxx.

6

3. From October 2012 to September 2013, the "dxxxxxxxxxxxxx@yahoo.com" account was also accessed from IP addresses determined to belong to Metro PCS and T-Mobile. Metro PCS and T-Mobile could not provide subscriber data related to the IP addresses.

4. A photograph provided by the Florida DMV depicted a white male with dark hair and a goatee who appeared to be identical to the white male depicted in the photograph described in paragraph 13.

5. Speer has no known criminal history.

## SEARCH OF SPEER'S RESIDENCE

6. On November 5, 2013, FBI executed a federal search warrant at Speer's place of residence, 1311 Bxxxxx Axxxxx xx, Clearwater, Florida 3xxxxx. Speer was the only individual present. He stated that he resided there alone.

7. Post-<u>Miranda</u>, Speer admitted to the production, transportation, receipt, and possession of child pornography.

8. Speer admitted that he produced three videos and one image of child pornography of a three-year old child, whom he babysat on one occasion in Clearwater, Middle District of Florida. He produced the videos using a Samsung cellular phone in or about June 2013. However, EXIF metadata associated with a still shot from the video indicates that it was produced in or about October 2013.

9. He admitted that these images and other child pornography images he had downloaded and possessed were sexually gratifying to him and that he had masturbated to them.

10. Speer admitted that he transported one of the videos he produced, as described in paragraphs 11(e) and 11(g), and thumbnails of the other two videos he produced, as described in

7

paragraphs 7 and 8, over the Internet on Website A, so that he could gain access to additional child pornography on Website A. He described that he created a link with a password for access, as described in paragraph 7.

11. Speer admitted that he was "bxxxxxxxx" on Website A and that he used the e-mail addresses bxxxxxxxx@xxx.org and dxxxxxxxxxxxxx@yahoo.com to trade child pornography over the Internet. He admitted that he posted (transported) child pornography on Website A and that he also transported child pornography via e-mail. He further admitted that he downloaded (received) child pornography from Website A and other software programs over the Internet.

12. Speer admitted that he possessed child pornography on his Samsung cellular phone as well as a Dell laptop computer. He stated that he restored the operating system on his Dell laptop computer on or about November 3, 2013 because the computer was running slowly. In my training and experience and based on knowledge provided by others, this would have the effect of deleting and/or overwriting old files. Speer stated that he had a new LG cellular phone, which contained child pornography.

13. Pursuant to the search, FBI agents seized electronic media, including among other things a Dell laptop and LG phone, which Speer admitted belonged to him. An on-site preview of Speer's laptop computer did not reveal any child pornography. This is consistent with Speer's admissions of recently restoring his computer. Deleted files do not show up in an on-site preview.

14. A preview of the LG cellular phone revealed the existence of multiple images of child pornography.

## **CONCLUSION**

15.     Based upon the interview with Steven Edward Speer and the physical evidence obtained, I have probable cause to believe that Steven Edward Speer produced child pornography between in or about June 2012 and October 2012. I further have probable cause to believe that Steven Edward Speer transported, received, and possessed child pornography between an unknown date not later than in or about June 2012 and November 5, 2013.

16.     Based on the evidence collected and defendant's admissions, defendant knew that the individual in the visual depictions he produced was a minor and that the depictions showed the minor engaged in sexually explicit conduct.

17.     Based on the evidence collected and defendant's admissions, defendant knew that at least one performer in the visual depictions he transported, received and possessed was a minor and that the depictions showed the minor engaged in sexually explicit conduct.

18.     Therefore, probable cause exists to believe Steven Edward Speer has violated Title 18, United States Code, Section 2251(a) which prohibits the production of child pornography; Title 18, United States Code, Section 2252(a)(1), which prohibits the transportation of child pornography in interstate commerce, including by computer; Title 18, United States Code, Section 2252(a)(2), which prohibits the receipt of child pornography using any means or facility of interstate commerce, including a computer; and Title 18, United States

9

Code, Section 2252(a)(4), which prohibits the possession of child pornography that has been transported in interstate commerce by any means, including by computer.

Further your affiant sayeth naught.

William B. Jones, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 5th day of November, 2013.

ANTHONY E. PORCELLI
United States Magistrate Judge